IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Tillie Johnson | ) | Case No: 19 C 1557 |
| | ) | |
| v. | ) | Judge: Harry D. Leinenweber |
| | ) | |
| Federal Express Corporation et al) | ) | |

## ORDER

Status hearing and ruling on motion hearing held. Plaintiff's motion to remand [14] is granted. The case is remanded to the Circuit Court of Cook County, Illinois. Defendant's motion to dismiss [8] is denied as moot. Plaintiff is not entitled to costs or expenses incurred as a result of Defendant's removal. Civil case terminated.

(T:00:05)

Date: 4/30/19                                                    /s/ Judge Harry D. Leinenweber