

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
Clerk

May 1, 2019

Dorothy Brown, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Johnson v. Federal Express Corporation et al
USDC Case Number:  1:19-cv-01557
Circuit Court Case Number:  2019L000796

Dear Clerk:

A certified copy of an order entered on April 30, 2019 by the Honorable Harry D. Leinenweber, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,
Thomas G. Bruton, Clerk

By: /s/ Jessica J. Ramos
    Deputy Clerk

Enclosure(s)

Rev. 10/05/2016